LEON FOLKS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ABNER SCHREIBER, T/A CENTURY CREDIT CO., DEFENDANT-RESPONDENT.

*Messrs. Peskin & O'Donnell* for the petitioners.

*Messrs. Greenberg, Shmerelson & Greenberg* for the respondent.

December 12, 1967.  Denied.

HOUSING AUTHORITY OF THE CITY OF CAMDEN, PLAINTIFF-RESPONDENT, v. B. SMITH ELECTRIC CO., INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Sidney W. Bookbinder* for the petitioner.

*Mr. Martin F. McKernan* for the respondent.

December 12, 1967.  Denied.

HAROLD McCRICKARD, PLAINTIFF-PETITIONER, v. RAYMOND FENNELL, DEFENDANT-RESPONDENT.

*Mr. Rocco Wm. Lo Piano; Messrs. Levy, Lemken & Margulies* and *Mr. Michael Abrutyn* for the petitioner.

*Messrs. Gaffey, Webb & McDermott* and *Messrs. Frohling & Gaulkin* for the respondent.

December 12, 1967.  Denied.